IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| LENZIE GILL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:06cv1151-MHT |
| ) | |
| PROGRESSIVE HALCYON ) | |
| INSURANCE COMPANY, ) | |
| ) | |
| Defendant. ) | |

ORDER

It is ORDERED that the motion for partial summary judgment (Doc. No. 6) is set for submission, without oral argument, on May 16, 2007, with any opposing brief and evidentiary materials due by said date.

DONE, this the 1st day of May, 2007.

                        /s/ Myron H. Thompson
                  UNITED STATES DISTRICT JUDGE