IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LENZIE GILL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action No.:  2:06cv1151-MHT |
| ) | |
| PROGRESSIVE DIRECT ) | |
| INSURANCE COMPANY, ) | |
| ) | |
| Defendant. ) | |

## MOTION FOR LEAVE TO FILE REPLY TO DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY

**COMES NOW** the Plaintiff, Lenzie Gill, by and through his undersigned counsel, and respectfully moves the Court for leave to file a reply to Defendant's Opposition to Plaintiff's Motion for Partial Summary Judgment, and as grounds therefore would show as follows:

1. That on May 15, 2007, Defendant filed its Opposition to Plaintiff's Motion for Partial Summary Judgment by Defendant, Progressive Direct Insurance Company.

2. In its filing, Defendant misrepresents the policy language as it pertains to the pending claims.

3. That Plaintiff desires leave of Court to file a reply to Defendant's opposition to the summary judgment motion to point out these erroneous representations.

4. That Plaintiff believes the filing of a reply brief will aid and assist the Court in ruling on the pending Motion for Partial Summary Judgment.

5. That should the Court grant this motion, Plaintiff requests a period of fourteen (14) days of entry of the Court's Order for the filing of the reply.

**WHEREFORE** Plaintiff respectfully requests the Court grant leave unto Plaintiff to file a reply to Defendant's Opposition to Plaintiff's Motion for Partial Summary Judgment; said reply

to be filed within fourteen (14) days of the Court's Order, for the reasons set forth herein.

        /s/ Jerry M. Blevins
        JERRY M. BLEVINS (BLE003)
        Attorney for Plaintiff

OF COUNSEL:
Law Office of Jerry M. Blevins
Hillwood Office Center
2800 Zelda Road, Suite 200-3
Montgomery, Alabama 36106
(334) 262-7600 (Voice)
(334) 262-7644 (Fax)
E-Mail: ATTYJMBlev@aol.com

CERTIFICATE OF SERVICE

    I hereby certify that on the 16th day of May, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following parties or counsel:

        R. Larry Bradford, Esq.
        Bradford & Sears, P.C.
        2020 Canyon Road
        Suite 100
        Birmingham, Alabama 35216

        /s/ Jerry M. Blevins
        Jerry M. Blevins