IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| LENZIE GILL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CASE NO: CV-06-1151-MHT |
| | ) | |
| PROGRESSIVE DIRECT | ) | |
| INSURANCE COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION FOR SUMMARY JUDGMENT**

Comes now the defendant, Progressive Direct Insurance Company ("Progressive"), pursuant to Rule 56 of the Federal Rules of Civil Procedure and moves the court to enter a summary judgment in its favor on the ground that there is no genuine issue as to any material fact and it is entitled to judgment as a matter of law.

This motion is based upon the pleadings, the Progressive policy, and the affidavit of Larry Lackey. Progressive is submitting a memorandum brief in support of its motion.

/s/ R. Larry Bradford
R. Larry Bradford, Attorney for Defendant
Progressive Direct Insurance Company
Attorney Bar Code: BRA039

/s/ Shane T. Sears
Shane T. Sears, Attorney for Defendant,
Progressive Direct Insurance Company
Attorney Bar Code: SEA026

OF COUNSEL:

Bradford & Sears, P.C.
2020 Canyon Road
Suite 100
Birmingham, AL 35216

## CERTIFICATE OF SERVICE

    I hereby certify that I have this the 16th day of May, 2007, served a copy of the foregoing to all attorneys of record by placing a copy of same in the United States Mail, postage prepaid and properly addressed as follows:

Jerry M. Blevins, Esq.
Law Office of Jerry M. Blevins
Hillwood Office Center
2800 Zelda Road, Suite 200-3
Montgomery, AL 36106

                                            /s/ Shane T. Sears
                                            OF COUNSEL