IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| LENZIE GILL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:06cv1151-MHT |
| | ) | |
| PROGRESSIVE HALCYON | ) | |
| INSURANCE COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

ORDER

It is ORDERED as follows:

(1) The motion for leave to file reply (Doc. No. 10) is granted.

(2) Plaintiff is allowed until June 1, 2007, to file a reply.

DONE, this the 18th day of May, 2007.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE