IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| LENZIE GILL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:06cv1151-MHT |
| ) | |
| PROGRESSIVE HALCYON ) | |
| INSURANCE COMPANY, ) | |
| ) | |
| Defendant. ) | |

### ORDER

It is ORDERED that the motion to strike (Doc. No. 12) is set for submission, without oral argument, on June 1, 2007, with all briefs due by said date.

DONE, this the 18th day of May, 2007.

　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE