IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LENZIE GILL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action No.: 2:06cv1151-MHT |
| ) | |
| PROGRESSIVE DIRECT ) | |
| INSURANCE COMPANY, ) | |
| ) | |
| Defendant. ) | |

## PLAINTIFF'S STATEMENT IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

**COMES NOW** the Plaintiff, Lenzie Gill, by and through his undersigned counsel, and files his Statement in Opposition to Defendant's Motion for Summary Judgment, and say's as follows:

As grounds for the denial of Defendant's motion, Plaintiff adopts and incorporates by reference the content of his filings entitled:

a) Plaintiff's Motion for Partial Summary Judgment as to Liability and Partial Damages (Doc. 6); &

b) Plaintiff's Reply to Opposition to Plaintiff's Motion for Partial Summary Judgment by Defendant, Progressive Direct Insurance Company (Doc. 20).

**WHEREFORE** Plaintiff requests that the Court deny Defendant's Motion for Summary Judgment, for the reasons set forth herein.

/s/ Jerry M. Blevins
JERRY M. BLEVINS (BLE003)
Attorney for Plaintiff

OF COUNSEL:
Law Office of Jerry M. Blevins
Hillwood Office Center
2800 Zelda Road, Suite 200-3
Montgomery, Alabama 36106
(334) 262-7600 (Voice)
(334) 262-7644 (Fax)
E-Mail: ATTYJMBlev@aol.com

CERTIFICATE OF SERVICE

    I hereby certify that on the 4th day of June, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following parties or counsel:

>R. Larry Bradford, Esq.
>Shane T. Sears, Esq.
>Bradford & Sears, P.C.
>2020 Canyon Road
>Suite 100
>Birmingham, Alabama 35216

>/s/ Jerry M. Blevins
>Jerry M. Blevins