IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
LENZIE GILL,                    )
                                )
    Plaintiff,                  )
                                )      CIVIL ACTION NO.
    v.                          )       2:06cv1151-MHT
                                )
PROGRESSIVE HALCYON             )
INSURANCE COMPANY,              )
                                )
    Defendant.                  )
```

ORDER

It is ORDERED that the motion to strike (Doc. No. 22) is set for submission, without oral argument, on June 14, 2007, with all briefs due by said date.

DONE, this the 5th day of June, 2007.

                                        /s/ Myron H. Thompson
                               **UNITED STATES DISTRICT JUDGE**