IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LENZIE GILL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action No.: 2:06cv1151-MEF |
| ) | |
| PROGRESSIVE DIRECT ) | |
| INSURANCE COMPANY, ) | |
| ) | |
| Defendant. ) | |

## NOTICE CONCERNING SETTLEMENT
## CONFERENCE and MEDIATION

**COMES NOW** the Plaintiff, Lenzie Gill, by and through his undersigned counsel, and files his Notice Concerning Settlement Conference and Mediation, and say's as follows:

1. That on June 13, 2007, counsel for the parties conducted a face-to-face settlement conference at which counsels engaged in good faith settlement negotiations. However, a settlement was not reached.

2. Counsels for the parties do not believe mediation will assist in resolving the case short of trial at this time.

/s/ Jerry M. Blevins
JERRY M. BLEVINS (BLE003)
Counsel for Plaintiff

OF COUNSEL:
Law Office of Jerry M. Blevins
Hillwood Office Center
2800 Zelda Road, Suite 200-3
Montgomery, Alabama 36106
(334) 262-7600 (Voice)
(334) 262-7644 (Fax)
E-Mail: ATTYJMBlev@aol.com

CERTIFICATE OF SERVICE

    I hereby certify that on the 14th day of June, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following parties or counsel:

        R. Larry Bradford, Esq.
        Shane T. Sears, Esq.
        Bradford & Sears, P.C.
        200 Canyon Road, Suite 100
        Birmingham, Alabama 35216

        /s/ Jerry M. Blevins
        Jerry M. Blevins