IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

**Lenzie Gill**,

    Plaintiff,

v.    CASE NO. 2:06-cv-1151-MEF

Progressive Halcyon Insurance Company,

    Defendants,

## CONFLICT DISCLOSURE STATEMENT

COMES NOW **Lenzie Gill**, a Plaintiff in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

- [x] This party is an individual, or
- [ ] This party is a governmental entity, or
- [ ] There are no entities to be reported, or
- [ ] The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
|  |  |
|  |  |
|  |  |

6/21/2007
Date

(Signature)

Jerry M. Blevins
(Counsel's Name)

Lenzie Gill
Counsel for (print names of all parties)

2800 Zelda Road, Suite 200-3
Montgomery, Alabama 36106
Address, City, State Zip Code

(334) 262-7600 (Voice); (334) 262-7644 (Fax)
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

## CERTIFICATE OF SERVICE

I, Jerry M. Blevins, do hereby Certify that a true and correct copy of the foregoing has been furnished by U.S. Mail (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this 21st day of June 2007, to:

R. Larry Bradford, Esq. & Shane T. Sears, Esq., Bradford & Sears, P.C., 200 Canyon Road, Suite 100, Birmingham, Alabama 35216.

6/21/2007
Date

Signature