IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LENZIE GILL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:06cv1151-MEF |
| | ) |
| PROGRESSIVE DIRECT INSURANCE COMPANY, | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

Upon consideration of plaintiff's motion to compel (Doc. # 33), filed September 21, 2007, and for good cause, it is

ORDERED that defendant shall file a response to the motion on or before October 9, 2007.

DONE, this 24th day of September, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE.