IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LENZIE GILL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CASE NO: CV-06-1151-MEF |
| ) | |
| PROGRESSIVE DIRECT ) | |
| INSURANCE COMPANY, ) | |
| ) | |
| Defendant. ) | |

**NOTICE CONCERNING SETTLEMENT CONFERENCE AND MEDIATION**

Come now the plaintiff, Lenzie Gill, and the defendant, Progressive Direct Insurance Company ("Progressive"), pursuant to the Uniform Scheduling Order entered by Judge Mark E. Fuller on June 15, 2007 in this case and state as follows:

1. The parties' attorneys conducted a face-to-face settlement conference in this case on November 20, 2007.

2. The parties engaged in good faith settlement negotiations; however, the case did not settle.

3. The parties discussed whether mediation would be helpful in reaching a settlement. At this time, it does not appear that mediation would be helpful in settling this case.

                                                                  _____
Jerry M. Blevins, Attorney for Plaintiff, Lenzie Gill

OF COUNSEL:

Law Office of Jerry M. Blevins
Hillwood Office Center
2800 Zelda Road, Suite 200-3
Montgomery, AL 36106

                                                  /s/ R. Larry Bradford
R. Larry Bradford, Attorney for Defendant,
Progressive Direct Insurance Company
ASB-8038-f64r

                                                  /s/ Shane T. Sears
Shane T. Sears, Attorney for Defendant,
Progressive Direct Insurance Company
ASB-5531-r68s

OF COUNSEL:

Bradford & Sears, P.C.
2020 Canyon Road
Suite 100
Birmingham, AL 35216
205-871-7733