IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LENZIE GILL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: 2:06cv1151-MEF |
| ) | |
| PROGRESSIVE DIRECT ) | |
| INSURANCE COMPANY, ) | |
| ) | |
| Defendant. ) | |

**MOTION FOR RULING ON PLAINTIFF'S MOTION TO COMPEL AND MOTION FOR AWARD OF ATTORNEY FEES AND COSTS**

**COMES NOW** Plaintiff Lenzie Gill, by and through his undersigned counsel, and respectfully moves the Court for a ruling on his pending Motion to Compel and Motion for Award of Attorney Fees and Costs (Doc. 33), and as grounds therefore would show as follows:

1. That on September 21, 2007, Plaintiff filed his Motion to Compel and Motion for Award of Attorney Fees and Costs. (Doc. 33).

2. That on September 24, 2007, the Hon. Susan Russ Walker, U.S. Magistrate Judge, ordered Defendant to file a response to the motion on or before October 9, 2007. (Doc. 34).

3. That on October 8, 2007, Defendant filed its response to Plaintiff's motion.

4. That as of this date, the Court has not yet issued a ruling on the pending motion.

5. That Plaintiff is in need of the discovery the subject of the Motion to Compel for use at the upcoming trial scheduled during the term of court commencing on March 3, 2008. (Doc. 31).

6. That Plaintiff requests a ruling on the pending Motion to Compel and Motion for Award of Attorney Fees and Costs at the earliest possible date.

**WHEREFORE** Plaintiff respectfully requests a ruling on the pending Motion to Compel and

Motion for Award of Attorney Fees and Costs at the earliest possible date, for the reasons set forth herein.

        /s/ Jerry M. Blevins
        JERRY M. BLEVINS (BLE003)
        Counsel for Plaintiff

OF COUNSEL:
Law Office of Jerry M. Blevins
Hillwood Office Center
2800 Zelda Road, Suite 200-3
Montgomery, Alabama 36106
(334) 262-7600 (Voice)
(334) 262-7644 (Fax)
E-Mail: ATTYJMBlev@aol.com

CERTIFICATE OF SERVICE

    I hereby certify that on the 28th day of December, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following parties or counsel:

> R. Larry Bradford, Esq.
> Shane T. Sears, Esq.
> Bradford & Sears, P.C.
> 2020 Canyon Road, Suite 100
> Birmingham, Alabama 35216

> /s/ Jerry M. Blevins
> Jerry M. Blevins